AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| --- | --- |
| v. | (For a Petty Offense) — Short Form |
| SELLERS, HARRY | Case No.  PE72   4668652 |
| 43 MORRIS LN | USM No.  16-M-813 |
| COATESVILLE, PA 19320 | PRO SE |
| | Defendant's Attorney |

**THE DEFENDANT:** SELLERS, HARRY

☐ **THE DEFENDANT** pleaded guilty to count(s)   1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 38CFR§1.218(b)(1) | DISORDERLY CONDUCT | 6/24/2016 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
| --- | --- | --- | --- |
| **Total:** $50.00 | $ 0.00 | $ 25.00 | $ 25.00 |

Last Four Digits of Defendant's Soc. Sec. No.: ####

Defendant's Year of Birth: ####

City and State of Defendant's Residence:
COATESVILLE, PA

June 24, 2016
Date of Imposition of Judgment

[signature]
Signature of Judge

JACOB P. HART   U.S.M.J.
Name and Title of Judge

Date